454 A.2d 181

Evans, etc., Appellants v. Somoga.

 Argued April 21, 1981. Frank Townsend, for appellants; Anthony J. Lumbis, for appellees.

644

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order affirmed.